In the Matter of the Taxation, under the Acts in Relation to Taxable Transfers, of the Property of MARY D. CLOWES, Deceased.

MARTIN V. W. HALL, as Administrator of MARY D. CLOWES, Deceased, Appellant; MARTHA A. DURYEA, Respondent.

*Decedent's estate — transfer tax.*

Appeal from an order of the Surrogate's Court of Nassau county, entered in said court on the 25th day of February, 1914, modifying a previous order.

JENKS, P. J.: The sole question is as to the correctness of the apportionment of the transfer tax so far as the personal property is concerned. The parties affected are M. A. Duryea, an aunt of the half-blood of the intestate; H. W. Wood, a niece, and M. V. W. Hall, a grandnephew. We are of opinion that the niece and the grandnephew take in exclusion of the aunt. (See Decedent Estate Law, § 98, subd. 5,* as interpreted in *Matter of Butterfield*, 161 App. Div. 506; affd., 211 N. Y. 395.) The burden of the tax must be borne accordingly. The order is, therefore, reversed, with ten dollars costs and disbursements, and the matter is remitted to the Surrogate's Court of Nassau county. Burr, Rich, Stapleton and Putnam, JJ., concurred. Order of the Surrogate's Court of Nassau county reversed, with ten dollars costs and disbursements, and matter remitted to said court.

———

Harry L. Bradley and Others, Respondents, v. Degnon Contracting Company and Another, Appellants. — Motion denied, without costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Charles A. Brown, Plaintiff, v. Agnes Brown, Defendant.— Motion denied, without costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

James Condon, an Infant, etc., Respondent, v. H. C. Stowe Construction Company, Appellant.— Motion denied, without costs, and case ordered placed at the foot of the present calendar. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Charles Cranford, Appellant, Respondent, v. Brooklyn Heights Railroad Company, Respondent, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Charles Cranford, Appellant, Respondent, v. Brooklyn Heights Railroad Company, Respondent, Appellant.— Motion to dismiss appeal denied, without costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

John Deegan, an Infant, etc., Appellant, v. Homer C. Newton, Respondent.— The appellant has failed to show any merits, as required by the special rule of this court, adopted October 4, 1910. (See, also, *Schorr* v. *Weisfeld, ante,* p. 899, decided May 8, 1914.) Decision of the

———

* See Consol. Laws, chap. 13 (Laws of 1909, chap. 18), § 98, subd. 5.— [REP.